UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 1 1 2012
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SANFORD MEDICAL CENTER, | \* | CIV. 11-4006 |
| Plaintiff, | \* | |
| vs. | \* | ORDER OF DISMISSAL |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA and d/b/a CIGNA HEALTHCARE, and W.R. BERKLEY CORPORATION, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon review of the Joint Motion for Dismissal filed by the parties in this matter, it is hereby

ORDERED that the Plaintiff's action, is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this _11_ day of _May_, 2012.

BY THE COURT:

_____
Karen E. Schreier, Chief Judge